IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BO WANG, Individually and on behalf of and as the "Next Friend" of;<br><br>Plaintiff,<br><br>vs.<br><br>THE STATE OF NEBRASKA, NEBRASKA DEPARTMENT OF HEALTH AND HUMAN SERVICES, COURTNEY PHILLIPS, DOUGLAS WEINBERG, JENNIFER WHITE, CARLA HEATHERSHAW-RISKO, ELIZABETH CRNKOVICH, AMY SCHUCHMAN, MICHAEL CIMINO, KERSTEN BORER, BRENDA WHEELER, MARK GENTILE, CHAD MILLER, NEBRASKA FAMILIES COLLABORATIVE, DEANNA SHELLER, SARA SMITH, EVAN WINANS, MILLARD PUBLIC SCHOOLS, SUSAN HANCOCK, GREGORY TIEMANN, MATTHEW HEYS, CHRISTIAN HERITAGE, SONIA DERR, RELIABLE ROCK COUNSELING AND CONSULTING, P.C., AMANDA GUROCK, JUDY MCAULIFFE-TREINEN, MARTIN HARRINGTON, M.D.; CHILDREN'S HOSPITAL AND MEDICAL CENTER, KARA BEALS, COUNTY OF DOUGLAS, DAVID NEWELL, MELISSA K. NANCE, and JOHN DOES 1-30,<br><br>Defendants. | 8:17CV375<br><br>**ORDER TO SHOW CAUSE** |

This action was filed on October 10, 2017. ([Filing No. 1](#).) Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff must serve its complaint on Defendants within ninety days of filing the lawsuit. To date, Plaintiff has not filed any return of service indicating service on Defendants, nor has any Defendant entered a voluntary appearance.

Accordingly,

**IT IS ORDERED** that by or before March 6, 2018, Plaintiff shall show cause why this action should not be dismissed for lack of prosecution. Failure to comply with this Order may result in the dismissal of this case without further notice.

Dated this 20th day of February, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge