IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BO WANG, Individually and on behalf of and as the "Next Friend" of;<br><br>Plaintiff,<br><br>vs.<br><br>THE STATE OF NEBRASKA, NEBRASKA DEPARTMENT OF HEALTH AND HUMAN SERVICES, COURTNEY PHILLIPS, DOUGLAS WEINBERG, JENNIFER WHITE, CARLA HEATHERSHAW-RISKO, ELIZABETH CRNKOVICH, AMY SCHUCHMAN, MICHAEL CIMINO, KERSTEN BORER, BRENDA WHEELER, MARK GENTILE, CHAD MILLER, NEBRASKA FAMILIES COLLABORATIVE, DEANNA SHELLER, SARA SMITH, EVAN WINANS, MILLARD PUBLIC SCHOOLS, SUSAN HANCOCK, GREGORY TIEMANN, MATTHEW HEYS, CHRISTIAN HERITAGE, SONIA DERR, RELIABLE ROCK COUNSELING AND CONSULTING, P.C., AMANDA GUROCK, JUDY MCAULIFFE-TREINEN, MARTIN HARRINGTON, M.D.; CHILDREN'S HOSPITAL AND MEDICAL CENTER, KARA BEALS, COUNTY OF DOUGLAS, DAVID NEWELL, MELISSA K. NANCE, and JOHN DOES 1-30,<br><br>Defendants. | 8:17CV375<br><br>**FINDINGS AND RECOMMENDATION** |

The above-captioned suit was filed on October 10, 2017. (Filing No. 1.) On February 20, 2018, the Court issued an Order to Show Cause by March 6, 2018 why this action should not be dismissed for lack of prosecution. (Filing No. 7.) To date, Plaintiff has not responded to the Show Cause Order.

Accordingly,

**IT IS HEREBY RECOMMENDED** to United States District Court Judge John M. Gerrard that this action be dismissed for want of prosecution.

2

A party may object to a magistrate judge's findings and recommendation by filing an objection within fourteen (14) days after being served with a copy of the findings and recommendation. NECivR 72.2. Failure to timely object may constitute a waiver of any objection.

Dated this 12th day of March, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge